**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLOMBIA**

| | |
|---|---|
| **Mohamed Tahir Omer**<br>    860 Murfreesboro Pike<br>    Nashville, Tennessee 37217,<br><br>        **Plaintiff,**<br><br>v.<br><br>**United States Citizenship and Immigration Services**<br>    20 Massachusetts Avenue NW<br>    Washington, DC 20529,<br><br>        **Defendant.** | A 094 593 666<br><br>Civil Action No. 1:15-cv-0227 |

**PETITION FOR WRIT OF MANDAMUS**

STATEMENT OF THE CASE

1. Pursuant to 28 U.S.C. § 1361, Plaintiff Mohamed Tahir Omer submits this Petition for Writ of Mandamus.

2. Plaintiff requests that the Court compel the defendant, United States Citizenship and Immigration Services (USCIS) to adjudicate his application for adjustment of status.

3. Plaintiff is a Sudanese national who was admitted to the United States as a refugee on March 9, 2004.

4. As a result of his status as a refugee, Plaintiff filed an application to obtain lawful permanent residency pursuant to 8 U.S.C. § 1159 on September 18, 2006.

5. Plaintiff's application has been pending for more than nine years and remains without final adjudication.

## THE PARTIES

6. USCIS is the administrative agency charged with adjudicating applications for adjustment of status. 8 C.F.R. § 209. USCIS is headquartered at 20 Massachusetts Avenue NW, Washington, DC 20529, within the judicial district of the United States District Court for the District of Colombia.

7. Although Congress did not set forth a timeline for adjudication of adjustment of status applications, the regulations impose an affirmative duty on the USCIS to adjudicate the adjustment of status application. 8 C.F.R. § 209.2(f).

8. Plaintiff filed an application for adjustment of status with USCIS on September 18, 2006. USCIS has not reached a final decision.

## JURISDICTION

9. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1361. Under 28 U.S.C. § 1331, this Court has jurisdiction to hear cases arising out of federal law. Under 28 U.S.C. § 1361, this Court has with jurisdiction to hear Writs of Mandamus.

10. The claim presented in this case is a federal question. Only the federal government has the authority to adjudicate Mr. Omer's permanent residency application under 8 U.S.C. § 1159.

## WRIT OF MANDAMUS

11. USCIS has a duty to adjudicate Plaintiff's adjustment of status application within a reasonable timeframe.

12. A nine-year wait for USCIS to adjudicate this application is unreasonable.

## PRAYER FOR RELIEF

13. Plaintiff prays for this Court to compel USCIS to adjudicate his application to adjust status pending since September 18, 2006.

14. Plaintiff requests that the Court grant attorney's fees under the Equal Access to Justice Act.

Respectfully submitted,

_____
Tamara L. Jezic, Esq.
Yacub Law Offices
12761 Darby Brook Court, Suite 102
Tel: (703) 533-2347
Fax: (703) 424-7514
E-Mail: TJezic@yacublaw.com
DC Bar # 473920